UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVIN PERRY #921614,

    Plaintiff,

v.

    Case No. 1:24-cv-724

    HONORABLE PAUL L. MALONEY

UNKNOWN BARTROW, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: August 5, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge